```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12005
   GREGORY J MADERA
   DONNA B MADERA                           CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2218     SSN XXX-XX-6247

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/05/2007 and was confirmed 09/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED VEHIC         .00           .00            .00
HSBC MORTGAGE SERVICE      SECURED NOT I  288694.53            .00            .00
HSBC MORTGAGE SERVICE      SECURED NOT I   39803.78            .00            .00
FREEDMAN ANSEIMO LINDBER   NOTICE ONLY    NOT FILED            .00            .00
AMERICREDIT FINANCIAL SV   UNSECURED        7562.36            .00            .00
BENEFICIAL                 UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED         929.86            .00            .00
CHRIST HOSPITAL            UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED         330.00            .00            .00
SECRETARY OF STATE         NOTICE ONLY    NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED         610.17            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         984.02            .00            .00
FIRST PREMIER BANK         UNSECURED         692.18            .00            .00
HOUSEHOLD BANK             UNSECURED        1050.74            .00            .00
HOUSEHOLD BANK             UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED        1684.45            .00            .00
HSBC ORCHARD BANK          UNSECURED      NOT FILED            .00            .00
TCF BANK                   UNSECURED      NOT FILED            .00            .00
CAPITAL ONE                UNSECURED         889.46            .00            .00
MELVIN J KAPLAN            DEBTOR ATTY     3,500.00                       1,946.88
TOM VAUGHN                 TRUSTEE                                          133.12
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 2,080.00

PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 12005 GREGORY J MADERA & DONNA B MADERA
```

```
ADMINISTRATIVE                                              1,946.88
TRUSTEE COMPENSATION                                          133.12
DEBTOR REFUND                                                     .00
                                        ---------------    ---------------
TOTALS                                       2,080.00          2,080.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 10/23/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```